**Exhibit E**

| Deal Name | Original Total Deal Par | Ending Scheduled Principal Balance (Collateral Statement) | Total Aggregate Delinquency Value (Incl. Foreclosure, REO, and Bankruptcy) | Default & Deliquency as of Jan. 2011 | Cumulative Loss as of Jan. 2011 | Loss Percent as of Jan. 2011 |
|---|---|---|---|---|---|---|
| ARMT 2005-10 | $1,324,400,100 | $435,847,879.32 | $91,951,441.73 | 21.10% | $70,545,507.00 | 5.33% |
| BAFC 2007-D | $967,220,100 | $607,140,448.18 | $185,681,894.91 | 30.58% | $30,209,412.89 | 3.12% |
| BSARM 2005-7 | $563,209,000 | $277,234,632.02 | $56,758,532.54 | 20.47% | $7,312,036.34 | 1.30% |
| CFLX 2006-1 | $469,775,726 | $228,707,887.46 | $70,909,798.19 | 31.00% | $13,713,393.96 | 2.92% |
| CMALT 2007-A1 | $624,214,136 | $395,492,686.43 | $104,220,594.49 | 26.35% | $35,553,955.27 | 5.70% |
| CMALT 2007-A4 | $626,478,789 | $417,767,135.02 | $94,426,073.30 | 22.60% | $39,739,049.00 | 6.34% |
| CMALT 2007-A5 | $941,208,842 | $627,170,346.97 | $166,060,909.34 | 26.48% | $61,367,525.99 | 6.52% |
| CMALT 2007-A6 | $960,049,676 | $666,487,138.43 | $178,027,798.44 | 26.71% | $55,042,118.80 | 5.73% |
| CMLT 2005-7 | $1,157,738,200 | $508,431,679.72 | $93,221,917.95 | 18.34% | $43,660,998.26 | 3.77% |
| CMLT 2006-4 | $316,914,052 | $173,026,079.01 | $34,371,538.06 | 19.86% | $8,869,932.14 | 2.80% |
| CMLT 2006-AR1 | $1,502,324,000 | $751,453,234.90 | $139,646,813.94 | 18.58% | $60,993,862.14 | 4.06% |
| CMLT 2007-AR5 | $919,851,200 | $482,618,433.16 | $148,732,934.42 | 30.82% | $94,693,975.79 | 10.29% |
| CSFB 2004-8 | $787,442,932 | $269,236,921.05 | $21,508,816.82 | 7.99% | $5,048,800.76 | 0.64% |
| GSR 2006-AR1 | $1,336,882,200 | $486,866,740.05 | $78,572,280.95 | 16.14% | $41,035,573.90 | 3.07% |
| JPALT 2006-S2 | $491,759,100 | $202,821,892.99 | $86,582,084.84 | 42.69% | $50,263,330.58 | 10.22% |
| JPALT 2006-S4 | $866,231,100 | $476,069,333.38 | $204,386,567.77 | 42.93% | $35,290,224.08 | 4.07% |
| JPMMT 2005-A7 | $1,141,490,500 | $505,273,475.37 | $72,177,711.65 | 14.28% | $14,535,693.98 | 1.27% |
| JPMMT 2007-A4 | $780,229,600 | $425,707,022.17 | $97,434,009.13 | 22.89% | $23,080,952.08 | 2.96% |
| MABS 2006-AB1 | $578,687,552 | $259,088,945.17 | $82,173,728.72 | 31.72% | $41,911,361.47 | 7.24% |
| MSM 2006-7 | $540,241,484 | $296,475,652.02 | $86,619,312.24 | 29.22% | $34,232,252.77 | 6.34% |
| TBW 2006-6 | $571,696,000 | $286,869,622.45 | $104,350,486.87 | 36.38% | $55,871,411.29 | 9.77% |
| WAMU 2006-AR2 | $332,239,100 | $170,663,296.47 | $35,276,350.62 | 20.67% | $5,965,439.55 | 1.80% |
| WAMU 2006-AR8 | $1,208,887,100 | $564,118,087.34 | $164,655,160.35 | 29.19% | $31,557,269.66 | 2.61% |
| WAMU 2006-AR16 | $1,444,737,100 | $793,773,374.34 | $233,086,077.41 | 29.36% | $40,011,470.52 | 2.77% |
| WAMU 2006-AR18 | $1,554,983,100 | $893,646,883.60 | $274,160,195.56 | 30.68% | $39,299,879.82 | 2.53% |
| WAMU 2007-HY1 | $3,007,814,100 | $1,864,243,727.92 | $580,616,117.51 | 31.14% | $102,104,104.61 | 3.39% |
| WAMU 2007-HY2 | $1,570,407,100 | $953,486,426.21 | $329,513,948.72 | 34.56% | $59,328,071.99 | 3.78% |
| WAMU 2007-HY3 | $2,970,344,100 | $1,726,922,487.32 | $490,569,336.91 | 28.41% | $84,106,842.50 | 2.83% |
| WAMU 2007-HY4 | $1,684,955,100 | $1,014,519,583.66 | $295,917,085.28 | 29.17% | $56,681,531.04 | 3.36% |
| WAMU 2007-HY7 | $2,795,936,100 | $1,792,009,679.93 | $629,426,319.70 | 35.12% | $140,312,681.30 | 5.02% |
| WMALT 2007-4 | $390,678,089 | $253,003,265.73 | $67,516,933.88 | 26.69% | $20,843,952.03 | 5.34% |
| WFMBS 2006-AR1 | $841,731,100 | $438,765,511.84 | $44,232,260.59 | 10.08% | $15,140,725.51 | 1.80% |